# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2026-0840
LT Case No. 16-1993-CF-7348-A
_____

CURTIS HEAD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
R. Anothony Salem, Judge.

Curtis Head, Raiford, pro se.

No Appearance for Appellee.

May 19, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and WALLIS and LAMBERT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____